UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRET SMITH,<br><br>Defendant. | : : : : : : : : : : : | CASE NO.  1:23-cr-35<br><br>JUDGE  MCFARLAND<br><br><u>INFORMATION</u><br><br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2)<br>Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES**:

<u>COUNT 1</u>
**(Possession of Child Pornography)**

On or about December 9, 2020, in the Southern District of Ohio, the Defendant, **GARRET SMITH**, did knowingly possess a computer disk and other material, to wit: a Microcenter 64GB Flash Drive, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).**

<u>FORFEITURE ALLEGATION</u>

Upon conviction of the offense set forth in Count 1 of this Information, the Defendant, **GARRET SMITH**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110

of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

- A Levnovo Ideapad Laptop, Serial No. PF1FH2NS, with any attachments; and
- A Microcenter 64GB Flash Drive.

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Kyle J. Healey*

**KYLE J. HEALEY**
**ASSISTANT UNITED STATES ATTORNEY**